IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRANCISCO ROBLES, | ) | |
| | ) | 4:05CV3143 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SCOTTSBLUFF POLICE | ) | |
| DEPARTMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on filing no. 18, the motion for an extension of time, and filing no. 19, the motion for summons and 285 forms, filed by the plaintiff. In filing no. 18, Mr. Robles requests additional time in which to serve the defendants. In filing no. 19, Mr. Robles states that he has yet to receive the summons and 285 forms as directed by the Order on Initial Review (filing no. 13). Filing no. 19 is granted. I will direct the Clerk of the Court to send Mr. Robles new summons and 285 forms for any defendant named in the caption of this case. I will also grant filing no. 18 and give Mr. Robles additional time, until May 16, 2006, in which to effect service of process upon the defendants in this case.

IT IS THEREFORE ORDERED:

1.    That filing no. 18 is granted; and

2.    That filing no. 19 is granted.

DATED this 17th day of March, 2006.

BY THE COURT:

s/F.A. GOSSETT
United States Magistrate Judge