IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRANCISCO ROBLES, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3143 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SCOTTSBLUFF POLICE DEPARTMENT, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on filing no. 17, the motion to amend, filed by the plaintiff. In filing no. 17, the plaintiff requests leave to amend his complaint to clarify issues raised in his original complaint. After review of the record I will grant the plaintiff's request. Plaintiff shall have until March 31, 2006 to file his amendments. Filing no. 17 is granted.

    SO ORDERED.

    DATED this 17th day of March, 2006.

BY THE COURT:

S/F.A. GOSSETT
United States Magistrate Judge
