IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRANCISCO ROBLES, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3143 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SCOTTSBLUFF POLICE DEPARTMENT, et al., | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court sua sponte. It appears to the court that this case may have been abandoned. The plaintiff did not return completed summons forms for service of process on the defendants within the initial 120 days required by Fed. R. Civ. P. 4(m) and the court's Order on Initial Review. At the plaintiff's request, the court later mailed additional summons forms and Form 285s to the plaintiff to be completed and returned to the court, and the court extended the deadline for service of process until May 16, 2006. However, the plaintiff has still not returned any completed forms for the U.S. Marshal to serve on the defendants. This Order shall serve as a reminder that absent the completed forms, service of process cannot occur, and absent service of process, the case will have to be dismissed without prejudice after May 16, 2006.

    SO ORDERED.

    DATED this 19th day of April, 2006.

                                  BY THE COURT:

                                  s/ F. A. GOSSETT
                                  United States Magistrate Judge