IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRANCISCO ROBLES, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3143 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| SCOTTSBLUFF POLICE DEPARTMENT, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court pursuant to Fed. R. Civ. P. 4(m) which establishes a time limit for service of process on a defendant in a civil case. The plaintiff received notice of the deadline for service of process on the defendants in the court's Order on Initial Review and again in an Order granting the plaintiff an extension of time to serve the defendants. Because the plaintiff is proceeding in forma pauperis, the Clerk of Court provided forms for service of process to the plaintiff to complete and return to the court so that the U.S. Marshal could serve the defendants. The plaintiff did not return the forms for service of process, and all previous deadlines have expired. The court notified the plaintiff that failure to return the forms for service of process on the defendants could result in dismissal of this matter without prejudice, but the plaintiff has not responded. Therefore, pursuant to Fed. R. Civ. P. 4(m), the plaintiff's complaint and the above-entitled action are dismissed without prejudice. A separate judgment will be entered accordingly.

    SO ORDERED.

    DATED this 19th day of May, 2006.

                                              BY THE COURT:

                                              s/Laurie Smith Camp
                                              United States District Judge