IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRANCISCO ROBLES, | ) | |
| Plaintiff, | ) | 4:05cv3143 |
| vs. | ) | MEMORANDUM AND ORDER |
| SCOTTSBLUFF POLICE DEPARTMENT, et al., | ) al., | |
| Defendants. | ) | |

This matter is before the court on Filing No. 25, the post-judgment Motion for Leave to File Amended Complaint filed by the plaintiff, Francisco Robles, a prisoner in the custody of the Nebraska Department of Correctional Services. Judgment was entered in the above-entitled action in May of 2006, and the case may not now be reopened. Filing No. 25 is denied. The plaintiff is free to file a new action, as his complaint was dismissed without prejudice.

SO ORDERED.

DATED this 20th day of April, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge